UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN KAGAN-KANS,                )
                                    )
                                    )
            PLAINTIFF,              )            Civil Action No. 17-1380 (ACR)
    v.                              )
                                    )
UNITED STATES DEPARTMENT            )
OF JUSTICE, *et al.*,               )
                                    )
            DEFENDANTS.             )
_____

### NOTICE OF APPEARANCE

Plaintiff respectfully requests that the Clerk of the Court enter the appearance of the

undersigned counsel, George G. Kouros, on behalf of the Plaintiff in the above-captioned case.


Dated: March 3, 2026                        Respectfully submitted,

                                            /s/ George G. Kouros
                                            GEORGE G. KOUROS (CT 420813)
                                            Assistant Federal Public Defender
                                            Federal Capital Habeas Project
                                            Federal Public Defender,
                                                    Eastern District of North Carolina
                                            150 Fayetteville Street, Suite 450
                                            Raleigh, NC 27601
                                            Office: (301) 821-0855
                                            George_Kouros@fd.org

                                            *Attorney for Jonathan Kagan-Kans*