**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JONATHAN KAGAN-KANS,

*Plaintiff*,

v.

DEPARTMENT OF JUSTICE, et al.,

*Defendants*.

Civil Action No. 17-1380 (ACR)

**DEFENDANTS' NOTICE OF COMPLIANCE WITH AUGUST 26, 2026 ORDER**

Defendants, by undersigned counsel, hereby provide notice that, pursuant to the Court's minute order dated August 26, 2026, a DVD containing all unredacted versions of the redacted documents remaining at issue in this matter has been submitted on October 27, 2026, to the Court for *in camera,* ex parte review.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
202-252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*